ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| JESUS IBARRA-ALVAREZ  (01)<br>DARIO OCHOA, JR.  (02)<br>ALEXIS ROSALES  (03) | 4-22CR-174-Y |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before February 2022, and continuing until on or about May 12, 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Jesus Ibarra-Alvarez**, **Dario Ochoa, Jr.**, and **Alexis Rosales**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

**Indictment - Page 1**

Forfeiture Notice
(21 U.S.C. § 853)

Pursuant to 21 U.S.C. § 853(a), upon conviction of Count One, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of Count One, and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Count One.

The government may seek a forfeiture money judgment.

The government may seek forfeiture of substitute property as allowed by 21 U.S.C. § 853(p).

A TRUE BILL.

FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas Bar No. 24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:    817-252-5455
Email: Shawn.Smith2@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JESUS IBARRA-ALVAREZ (01)
DARIO OCHOA, JR. (02)
ALEXIS ROSALES (03)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

21 U.S.C § 853
Forfeiture Notice

A true bill rendered

FORT WORTH                                                              FOREPERSON

Filed in open court this 15th day of June, 2022.

**Defendant's Ibarra-Alvarez (01) & Ochoa, Jr. (02) in Federal custody since May 10, 2022; Defendant Rosales (03) in Federal custody since May 12, 2022.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-345-BJ